# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**STEPHEN L. SCHEIDEL**

      vs.                    **CASE NUMBER: 5:09-CV-1277 (GTS/GHL)**

**MICHELLE KOSSE; ROBERT J. FAGAN; MICHELLE BORZILLO; RICHARD B. FRYE; CHRIS J. CONANAN; TOMMIE BARNES; JAMES R. LAWRENCE; HENRY R.F. GRIFFIN; ERICA F. BOVENZI; ROBERT FELDMAN; BARBARA PFAFFENBERGER; and JOYCE YAMASKI**

**Decision by Court.**  This action came to hearing before the Court.
The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge George H. Lowe is adopted and accepted in its entirety, therefore the Complaint filed by Stephen L. Scheidel is dismissed in its entirety. Judgment is entered in favor of the defendants. The Court hereby certifies, for purposes of 28 USC section 1915(a)(3), that any appeal of this matter would not be taken in good faith.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 28TH day of September, 2010.

DATED: September 28, 2010

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk